**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MR. MACHUA, ET AL.,<br><br>　　　　　Defendants. | CASE NO. CV 08-01713 GW (RZ)<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations, and will dismiss under Fed. R. Civ. P. 4(m).

DATED: December 19, 2008

*/s/ George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE