O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BEARD, | ) | CASE NO. CV 08-01713 GW (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MR. MACHUA, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: December 19, 2008

*George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE